PAGE 1 #

UNITED STATE BANKRUPTCY
COURT
SOUTHERN DISTRICT OF NEW
YORK

CASE NO: 17-22770-RDD

I AM FILING ANOTHER NOTICE
OF APPEAL WITH THE UNITED
STATE BANKRUPTCY COURT ON
JUNE 1, 2021

CAUSE OF THE FOLLOWING.

THE ADVERSARY PROCEEDING
WAY DISMISSED FOR FAILURE
TO STATE A CLAIM

IS UNLAWFUL.

CAUSE I HAVE PROOF OF MY CLAIM
DOCUMENTS AND RECORDS FILED
BY THE JUDGE ROBERTA DRAIN
AND KLATZMAN CRASON CONSULTANTS
OF THE RIVER CENTURY ONCOLOGY
HOLDING INC.

I STILL HAVE THE ORDER FILED
ON 2 1/2 CO AT 16-40153 MAIN
DOCUMENT 975

THAT UNDER THIS CASE I WAY
AWARDED BY A LITIGATION CLAIM
AND CLAIM 22 93 JUNE LEE DRINER



PA602#
21ST CENTURY ONCOLOGY HOLDINGS, INC. UNLIQUIDATED LITIGATION - OTHER CLAIM $1,000,000,000 RESERVED AMOUNT.

1 FOR THE AVOIDANCE OF DOUBT A CLAIM IDENTIFIED HEREIN AS "LIQUIDATED" SIMPLY IDENTIFIES THAT THE HOLDER OF SUCH CLAIM HAS NOT ASSERTED A UNLIQUIDATED AMOUNT WITH RESPECT TO SUCH CLAIM, BUT INSTEAD HAS ASSERTED A SUM CERTAIN CLAIM AGAINST THE DEBTORS.

2. THE DEBTORS HAVE CROSS-REFERENCED ALLEGED LIABILITY CLAIMS AGAINST THEIR APPLICABLE RECORDS AND RESERVED AMOUNTS FOR THE VE CLAIMS FOR WHICH THEY HAVE RECORDS

PURSUANT TO THE PLAN, THE DEBTORS ANTICIPATE THAT ALL SUCH CLAIMS WILL BE SATISFIED BY THE PROCEEDS OF THE DEBTOR'S INSURANCE POLICIES, HOWEVER, THE DEBTORS MAY HAVE RESERVED AMOUNTS OUT OF AN ABUNDANCE OF CAUTION IN THE EVENT THAT ANY LITIGATION CLAIMANT IS AWARDED JUDGMENT IN EXCESS OF INSURANCE.

THAT WAY A FINAL ORDER ON 2[...



PAGE 3#
THE ONLY CLAIMS FILED THAT
WOULD BE ALLOWED OR DENIED IN
THIS CASE ARE:

3. AS DISCUSSED IN THE DEBTORS'
MOTION TO DISMISS COMPLAINTS
TO DETERMINE DISCHARGEABILITY
OF DEBT PURSUANT TO 11 U.S.C. § 1141
(D)(6)(A) DUE NO. D-08284 (TBD); DOCKET
NO. 137. THE DEBTORS DISAGREE THAT
THEY DO NOT OWE ANY AMOUNTS.
MR. DI PIETRO AND ACCORDINGLY
HAVE NOT RESERVED ANY AMOUNTS
FOR HIS CLAIMS.

AND THE SCHEDULE 2 INDIVIDUAL
CLAIMS

PLEASE VIEW THE ORDER FILED ON
2114 1187 16540 553 MAIN DOCUMENT
94 PAGES PAGE 19

THE IMPROPER ADVANCING INTER
BY JUDGE ROBERT D DRAIN ONWARD
2119 2 LANE RULES THAT CAUSE
HAVE THE RECORD SHOWING
I WAS AWARDED HAD DONE WITH
INTEGRITY THAT WAS PUT IN THE
NEW COMMON STOCK ON 2/4/18
FOR THE PURPOSE OF MAKING
DISTRIBUTION OF THE STOCK
ON ACCOUNT TO ALLOWED CLAIMS
PURSUANT TO THE PLAN.



PAGE 4#

CERTIFICATE OF SERVICE

I HEREBY CERTIFY I SENT AN OTHER NOTICE OF APPEAL TO THE UNITED STATES BANKRUPTCY COURT

ON _____

APPEALING THE UNLAWFUL JUDGE ROBERT D. DRAIN DECISION TO DISMISS THE ABOVE STYLE PROCEEDING OR DISAPPROVING WITHOUT PROVING ANY FACTS IN THIS CASE

THAT MAKES IT UNLAWFUL.

Jessie Lee Bizzell

JESSIE LEE BIZZELL DC#624716 FLORIDA STATE PRISON P.O. BOX 800 RAIFORD FL 32083

∨

(NOTICE OF APPEAL):

COPY